```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY STEVEN PAUL,

        Plaintiff,

-against-

P.O. YU, et al.,

        Defendant.

No. 13CV8824-LTS-MHD

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Dolinger's August 21, 2014, Report and Recommendation (the "Report"), which recommends that Court dismiss Plaintiff's Complaint sua sponte under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Neither party filed objections to the Report.

When reviewing a report and recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C.S. § 636(b)(1)(C) (LexisNexis 2012). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Service, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal citations and quotation marks omitted)).

Having carefully reviewed Magistrate Judge Dolingers's thorough Report, to which no objection was made, the Court finds no clear error. Therefore, the Court adopts the Report in its entirety. Plaintiff's action is dismissed without prejudice, and the Clerk of Court is directed to close this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: New York, New York
September 12, 2014

LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:
Anthony Steven Paul
20 Catherine Slip
New York, NY 10038